| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Douglas Bandy | 8/23/1970 | TN | Western District of North Carolina | No | City Of Monroe (NC0190010) | No | Testicular Cancer | 1-9 |
| 2 | Carol Bennett | 12/15/1965 | MT | Northern District of California | No | City Of Medical Lake (WA5353400) | No | Ulcerative Colitis | 1-9 |
| 3 | Steven Beutel | 10/28/1964 | IN | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Testicular Cancer | 1-9 |
| 4 | Joseph Bizier | 5/26/1981 | NC | Middle District of Florida | No | Southlake Utilities (FL3354916) | No | Ulcerative Colitis | 1-9 |
| 5 | Karl Black | 9/11/1976 | OH | Eastern District of Kentucky | No | Maysville Utility Commission (KY0810275) | No | Kidney Cancer | 1-9 |
| 6 | Cara Bloomquist | 6/20/1965 | AZ | Northern District of California | No | Cotati, City Of (CA4910016) | No | Kidney Cancer | 1-9 |
| 7 | Michael Boggs | 2/22/1996 | TX | Northern District of California | No | California Water Service - Bear Gulch (CA4110006) | No | Testicular Cancer | 1-9 |
| 8 | John Bossert | 12/17/1969 | AR | Southern District of Illinois | No | Collinsville Water Department (IL1194280) | No | Kidney Cancer | 1-9 |
| 9 | Kim Brackett | 8/22/1968 | FL | Middle District of Alabama | No | Dothan Utilities (City Of) (AL0000681) | No | Kidney Cancer | 1-9 |
| 10 | Glenn Brown | 3/15/1963 | TX | Eastern District of Louisiana | No | New Orleans Algiers Water Works (LA1071001) | No | Kidney Cancer | 1-9 |
| 11 | Hubert Browne | 12/31/1973 | MA | Eastern District of New York | No | Water Authority Of Western Nassau (NY2902830) | No | Kidney Cancer | 1-9 |
| 12 | Terry Buehler | 9/25/1969 | VA | Eastern District of North Carolina | No | The Cape Master System (NC0465199) | No | Kidney Cancer | 1-9 |
| 13 | Milton Bullard | 2/21/1966 | TX | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Testicular Cancer | 1-9 |
| 14 | Dale Bunjes | 8/26/1962 | KS | District of Kansas | No | South Adams County WSD (CO0101140) | No | Kidney Cancer | 1-9 |
| 15 | Matthew Busch | 9/9/1967 | OH | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 16 | Simon Byrd | 1/19/1993 | TN | Western District of North Carolina | No | Country Valley Ii Mhp (NC0118306) | No | Testicular Cancer | 1-9 |
| 17 | Martin Caddell | 12/5/1961 | TX | Central District of Florida | No | City of Santa Ana (CA3010038) | No | Kidney Cancer | 1-9 |
| 18 | Reta Cagle | 6/2/1959 | NC | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Kidney Cancer | 1-9 |
| 19 | Morris Cantrell | 4/29/1960 | SC | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Kidney Cancer | 1-9 |
| 20 | Robert Carbary | 12/20/1948 | VA | Central District of California | No | California Water Service - ELA (CA1910036) | No | Kidney Cancer | 1-9 |
| 21 | Jacquelyn Carr | 10/1/1965 | TX | Central District of California | No | Hesperia Water District (CA3610024) | No | Kidney Cancer | 1-9 |
| 22 | Eddie Carrero | 6/8/1964 | TX | Eastern District of Wisconsin | No | Milwaukee Waterworks (WI2410100) | No | Kidney Cancer | 1-9 |
| 23 | Johnny Cassanelli | 1/13/1967 | NV | Central District of California | No | City of Santa Ana (CA3010038) | No | Testicular Cancer | 1-9 |
| 24 | Paul Causby Jr. | 1/5/1942 | VA | Middle District of Florida | No | Lake Wales, City Of (FL6532234) | No | Kidney Cancer | 1-9 |
| 25 | Barry Chapman Jr. | 8/1/2001 | FL | Middle District of Florida | No | Pasco County Utilities - Pasco County Regional Water System (PWS ID No. 651-1361) | No | Kidney Cancer | 1-9 |
| 26 | Gary Claytor | 11/3/1953 | TX | Eastern District of Texas | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |
| 27 | Charles Crawford | 3/23/1952 | AZ | Central District of California | No | Hesperia Water District (CA3610024) | No | Kidney Cancer | 1-9 |
| 28 | Cordell Creighton | 3/10/1976 | GA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 29 | James Davis | 11/28/1957 | TX | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 30 | John Davis | 1/6/1949 | TX | Northern District of Georgia | No | Paulding County Water System;Cobb County (GA2230002) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 31 | Noel Doyle | 12/6/1956 | OH | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 32 | Jason Duhon | 10/5/1971 | NV | Central District of California | No | Santa Clarita Valley W.A. - Santa Clarita (CA1910017) | No | Kidney Cancer | 1-9 |
| 33 | John Duran | 6/18/1973 | MT | District of Montana | No | Lakewood Water District (WA5345550) | No | Kidney Cancer | 1-9 |
| 34 | Terrence Edmonds | 9/30/1992 | TX | Middle District of Florida | No | Palm Bay, City Of (FL3050442) | No | Testicular Cancer | 1-9 |
| 35 | Steven Ehlert | 9/30/1969 | IN | Norhtern District of Alabama | No | Alabaster Water Board (AL0001148) | No | Testicular Cancer | 1-9 |
| 36 | Jonathan Elkins | 12/3/1978 | AL | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Testicular Cancer | 1-9 |
| 37 | Melissa Evans | 10/2/1987 | LA | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| 38 | Glenn Farve | 4/10/1960 | MS | Eastern District of Louisiana | No | West Jefferson Water Works District 2 (LA1051004) | No | Testicular Cancer | 1-9 |
| 39 | Emerson Favreau | 10/11/1986 | FL | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Testicular Cancer | 1-9 |
| 40 | Cherryl Ferguson | 6/12/1956 | NC | Easterrn District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 41 | James Franks | 9/30/1982 | AL | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Ulcerative Colitis | 1-9 |
| 42 | Adele Frese | 9/9/1965 | TX | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Kidney Cancer | 1-9 |
| 43 | Arvin Gowens | 2/1/1953 | TX | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 44 | Jacqueline Gray | 8/30/1952 | SC | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Kidney Cancer | 1-9 |
| 45 | Michael Gray | 12/4/1959 | IN | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 46 | Carolyn Groscost | 3/12/1960 | AL | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Kidney Cancer | 1-9 |
| 47 | Billy Hall | 11/18/1979 | IN | Western District of Michigan | No | Kalamazoo (MI0003520) | No | Kidney Cancer | 1-9 |
| 48 | Justin Hall | 8/24/1970 | FL | Northern District of California | No | Cal Am Water - Monterey (CA2710004) | No | Testicular Cancer | 1-9 |
| 49 | Alfred Haney | 5/19/1951 | TX | Central District of California | No | City of Fullerton (CA3010010) | No | Kidney Cancer | 1-9 |
| 50 | Kevin Hansen | 8/21/1981 | VA | Southern District of Florida | No | City of Pompano Beach (FL4061129) | No | Testicular Cancer | 1-9 |
| 51 | Ashlan Harigel | 11/15/2001 | SC | Middle District of Alabama | No | Auburn Water Works (AL0000804) | No | Ulcerative Colitis | 1-9 |
| 52 | Justin Henke | 8/14/1981 | ID | District of Maryland | No | City Of Westminster (MD0060015) | No | Testicular Cancer | 1-9 |
| 53 | Ray I. Hospedales | 7/28/1963 | AL | Central District of California | No | Santa Clarita Valley W.A. - Santa Clarita (CA1910017) | No | Kidney Cancer | 1-9 |
| 54 | Michael Howard | 5/24/1957 | WA | Central District of California | No | City of Santa Ana (CA3010038) | No | Kidney Cancer | 1-9 |
| 55 | Debra Hunter | 5/14/1967 | OH | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 56 | Billy Hurst | 10/24/1960 | AL | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Kidney Cancer | 1-9 |
| 57 | Joshua Johnson | 10/3/1984 | CO | Central District of California | No | San Gabriel Valley Water Co. - El Monte (CA1910039) | No | Ulcerative Colitis | 1-9 |
| 58 | Roger Jones | 8/28/1947 | OH | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 59 | Rick Jordan | 6/25/1961 | WA | District of Alaska | No | MOA Municipality of Anchorage (AK2210906) | No | Kidney Cancer | 1-9 |
| 60 | Tasha Joyner | 5/21/1985 | NV | District of Nevada | No | MOA Municipality of Anchorage (AK2210906) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 61 | Alexander Kapatos | 3/1/1956 | SC | Eastern District of New York | No | Town Of Hempstead Water Department (NY2900000) | No | Kidney Cancer | 1-9 |
| 62 | Jason S Kolbo | 10/12/1966 | NE | Middle District of Florida | Yes | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| 63 | Wendolyn Krauss | 1/18/1956 | OH | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 64 | Michael Leroy Lee Sr | 7/10/1951 | IN | Middle District of Florida | No | Palm Bay, City Of (FL3050442) | No | Kidney Cancer | 1-9 |
| 65 | Jeremy Lockridge | 10/3/1976 | WA | Central District of California | No | Hesperia Water District (CA3610024) | No | Testicular Cancer | 1-9 |
| 66 | Bradley Lyons | 2/21/1990 | TX | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Testicular Cancer | 1-9 |
| 67 | Donald M MacMullin | 11/22/1990 | TX | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Testicular Cancer | 1-9 |
| 68 | Hunter Mathas | 8/4/1999 | TX | Eastern District of Louisiana | No | West Jefferson Water Works District 2 (LA1051004) | No | Ulcerative Colitis | 1-9 |
| 69 | Marilyn McGuire | 3/19/1956 | FL | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 70 | Trei McMullen | 6/5/1988 | FL | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Ulcerative Colitis | 1-9 |
| 71 | Jesse Meyer | 5/10/1970 | KY | Western District of Kentucky | No | Marshfield Utilities (WI7720165) | No | Testicular Cancer | 1-9 |
| 72 | Christopher Milam | 1/28/1973 | IN | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 73 | Julie Sha | 10/11/1976 | OR | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Kidney Cancer | 1-9 |
| 74 | Jason Simpson | 8/20/1984 | NM | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Testicular Cancer | 1-9 |
| 75 | Debra Solesbee | 4/11/1953 | SC | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 76 | Stephen Teuton | 2/3/1994 | OR | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Testicular Cancer | 1-9 |
| 77 | Brandon Ulry | 9/19/1973 | TX | District of Kansas | No | Manhattan, City Of (KS2016112) | No | Testicular Cancer | 1-9 |
| 78 | Richard Vasquez Sr | 2/23/1961 | MO | Eastern District of California | No | Modesto Irrigation District;Modesto, City Of (CA5010038) | No | Kidney Cancer | 1-9 |
| 79 | Esther Vassar | 4/2/1939 | TX | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 80 | David Walsh | 8/13/1978 | OH | Southern District of West Virginia | No | WVAWC - Huntington District (WV3300608) | No | Testicular Cancer | 1-9 |
| 81 | Thomas I. West | 1/27/1992 | CO | District of Colorado | No | City Of Alexandria (VA6510010) | No | Testicular Cancer | 1-9 |
| 82 | Tanya White | 3/15/1977 | VA | District of Maryland | No | City of Baltimore (MD0300002) | No | Kidney Cancer | 1-9 |
| 83 | Michael Wood | 8/2/1963 | MD | District of New Jersey | No | Aberdeen Water Department - Cliffwood/Cliffwood Beach System (purchased from Old Bridge MUA) (NJ1330002) | No | Kidney Cancer | 1-9 |
| 84 | Edward Wright | 10/12/1984 | FL | Middle District of Florida | No | North Conway Water Pct (NH0511030) | No | Testicular Cancer | 1-9 |
| 85 | Michael Wright | 6/26/1985 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| 86 | Moses Wright | 4/7/1964 | NJ | District of New Jersey | No | Freehold Township Water Department (NJ1316001) | No | Kidney Cancer | 1-9 |
| 87 | Ulysses Wright | 12/29/1959 | SC | District of South Carolina | No | Mcbee Town Of (Sc1310004) (SC1310004) | No | Kidney Cancer | 1-9 |
| 88 | Jessica Wyant | 10/7/1966 | OH | Southern District of Ohio | No | Urbana City PWS (OH1101212) | No | Kidney Cancer | 1-9 |
| 89 | Albert Wyrauch | 4/14/1981 | PA | Eastern District of Pennsylvania | No | Aqua PA - Bristol (PA1090001) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 90 | LiLian Xu | 8/12/1955 | NY | Eastern District of New York | No | Water Authority Of Western Nassau (NY2902830) | No | Liver Cancer | 1-9 |
| 91 | Christopher Yannucci | 1/11/1987 | FL | Southern District of Florida | No | Boynton Beach PWS (FL4500145) | No | Testicular Cancer | 1-9 |
| 92 | Del Ray Yarbrough | 10/8/1981 | CA | Eastern District of California | No | Azusa Light & Water (CA1910007) | No | Kidney Cancer | 1-9 |
| 93 | Kari Kasai Yardley | 11/12/1971 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Ulcerative Colitis | 1-9 |
| 94 | Jad Yasini | 6/6/1996 | CA | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Testicular Cancer | 1-9 |
| 95 | Samuel Garcia Ybarra | 3/14/1972 | TX | Southern District of Texas | Yes | City Of League City (TX0840007) | No | Ulcerative Colitis | 1-9 |
| 96 | Eugene Yelanchik | 8/17/1991 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Testicular Cancer | 1-9 |
| 97 | Emil Yerhart | 5/31/1959 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 98 | Harold Yochem | 9/25/1986 | TX | Western District of Texas | No | City Of Austin Water And Wastewater (TX2270001) | No | Testicular Cancer | 1-9 |
| 99 | Randyll Yoder | 6/3/1954 | SC | District of South Carolina | No | Akron City Public Water Service (OH7700011) | No | Kidney Cancer | 1-9 |
| 100 | Debra Yoders | 7/17/1959 | OH | Northern District of Ohio | No | Cuyahoga Falls City Pws (OH7701012) | No | Kidney Cancer | 1-9 |
| 101 | Matthew Yon | 8/6/1975 | FL | Southern District of Florida | No | City of Margate (FL4060845) | No | Testicular Cancer | 1-9 |
| 102 | Ernest Bruce York | 6/20/1955 | SC | District of South Carolina | No | Grand Stand Water & Sewer Authority (SC2620004) | No | Kidney Cancer | 1-9 |
| 103 | Robert York | 4/28/1967 | CT | District of Connecticut | No | Norwich Public Utilities Connecticut (CT1040011) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 104 | Luke Yorke-Aguirre | 12/11/2001 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Testicular Cancer | 1-9 |
| 105 | Jeffery Yost | 8/6/1960 | WV | Northern District of West Virginia | No | Follansbee Hooverson Heights (WV3300512) | No | Kidney Cancer | 1-9 |
| 106 | Brock Young | 9/29/1978 | CA | Eastern District of California | No | Zone 7 Water Agency (CA0110010) | No | Testicular Cancer | 1-9 |
| 107 | Clayton Young | 5/2/1980 | CT | District of Connecticut | No | Norwich Public Utilities Connecticut (CT1040011) | No | Ulcerative Colitis | 1-9 |
| 108 | Dana Young | 10/23/1960 | FL | Northern District of Florida | No | Regional Utilities Water System (FL1660596) | No | Kidney Cancer | 1-9 |
| 109 | David Young | 3/2/1984 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Kidney Cancer | 1-9 |
| 110 | Gavin Young | 1/19/1983 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Testicular Cancer | 1-9 |
| 111 | Janet Young | 11/17/1961 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 112 | Jeanette Young | 12/13/1960 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |
| 113 | Joyce Young | 4/23/1961 | OH | Southern District of Ohio | No | Del-Co Water Company, Inc. (OH2101412) | No | Kidney Cancer | 1-9 |
| 114 | Michael Young | 8/11/1957 | CA | Eastern District of California | No | South San Joaquin Irrigation District;Manteca, City Of (CA5010040) | No | Kidney Cancer | 1-9 |
| 115 | Miranda Young | 3/6/1984 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 116 | Paul Young | 9/26/1964 | FL | Southern District of Florida | No | City Of Lauderhill (FL4060787) | No | Testicular Cancer | 1-9 |
| 117 | Cody Youngs | 11/5/1993 | IN | Northern District of Indiana | No | South Bend Water Works (IN5271014) | No | Testicular Cancer | 1-9 |
| 118 | Santos Yslas | 4/3/1981 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 119 | Michael Yuro | 7/10/1964 | TX | District of New Jersey | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| 120 | Jesse Zack | 3/15/1972 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Testicular Cancer | 1-9 |
| 121 | Bahaa Zaghloul | 8/15/1957 | FL | Middle District of Florida | No | City Of Pasadena (TX1010293) | No | Kidney Cancer | 1-9 |
| 122 | Francisco Zamora | 6/23/1963 | CA | Central District of California | No | Pico WD (CA1910125) | No | Kidney Cancer | 1-9 |
| 123 | Juan Zamora | 11/8/1992 | CA | Central District of California | No | Hesperia Water District (CA3610024) | No | Testicular Cancer | 1-9 |
| 124 | Jamie Zaniboni | 7/16/1969 | NH | District of Massachusetts | No | WOBURN WATER DEPT. (MA3347000) | No | Testicular Cancer | 1-9 |
| 125 | Rachel Zanmiller | 7/31/1993 | MN | District of Minnesota | No | City Of Cottage Grove (MN1820004) | No | Ulcerative Colitis | 1-9 |
| 126 | Hector E Zaragoza | 2/26/1969 | TX | Western District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Testicular Cancer | 1-9 |
| 127 | Jose Armando Zarate | 8/26/1972 | CA | Eastern District of California | No | City Of Atwater (CA2410001) | No | Kidney Cancer | 1-9 |
| 128 | Juan Zavala | 6/24/1964 | CA | Central District of California | No | City of Santa Ana (CA3010038) | No | Kidney Cancer | 1-9 |
| 129 | Attilio Zazzali | 8/16/1941 | SC | District of New Jersey | No | New Jersey American Water - Shorelands (NJ1339001) | No | Kidney Cancer | 1-9 |
| 130 | Anthony Zeigler | 7/7/1992 | CA | Northern District of California | No | Alameda County Water District (CA0110001) | No | Kidney Cancer | 1-9 |
| 131 | Bret Zeller | 8/13/1958 | IA | Southern District of Iowa | No | Iowa-American Water Co-Davenport (IA8222001) | No | Kidney Cancer | 1-9 |
| 132 | Charles Zentko | 6/4/1964 | IL | Central District of Illinois | No | IL American - Pekin (IL1795040) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 133 | Michael Zerilla | 6/14/1979 | PA | Western District of Pennsylvania | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 134 | Joseph Zhirkov | 2/21/1995 | CA | Eastern District of California | No | Clay Road Mud (TX1011681) | No | Testicular Cancer | 1-9 |
| 135 | Debra Zimmerman | 5/23/1961 | FL | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 136 | Eric Zimmerman | 5/26/1977 | AZ | District of Arizona | No | Town Of Gilbert (AZ0407092) | No | Testicular Cancer | 1-9 |
| 137 | Glenda Zimmerman | 6/30/1959 | AL | Northern District of Alabama | No | V.A.W. Water System, Inc. (AL0000413) | No | Kidney Cancer | 1-9 |
| 138 | Rick Zollo | 4/28/1955 | CA | Eastern District of California | No | City Of Redding (CA4510005) | No | Kidney Cancer | 1-9 |
| 139 | Tanja Zucha | 6/9/1967 | IL | Southern District of Illinois | No | Collinsville Water Department (IL1194280) | No | Kidney Cancer | 1-9 |
| 140 | Jim Zureiqi | 12/1/1955 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |